# DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

**CARL LAKE,**

          **Plaintiff,**

   v.

**TRINITY SERVICES GROUP, INC., d/b/a ESS SUPPORT SERVICES WORLDWIDE and COMPASS GROUP, USA, INC.,**

          **Defendants.**

2005-CV-0158

TO:   Lee J. Rohn, Esq.
        Sharmane Dave-Brathwaite, Esq.

### ORDER GRANTING MOTION OF DEFENDANTS FOR STAY

THIS MATTER came before the Court upon Motion of Defendants For Stay of Discovery (Docket No. 41). Plaintiff filed an opposition to said motion, and Defendants filed a reply thereto.

Defendants have filed a motion to dismiss, which, if granted, would resolve the only remaining claim against Defendants. Given the procedural posture of this matter, the Court will grant the said motion and stay all discovery until the resolution of the pending motion to dismiss or until further order of this Court.

*Lake v. Trinity Service Group, Inc.*
2005-CV-0158
Order Granting Motion of Defendants For Stay
Page 2

      Being advised in the premises and upon due consideration thereof, it is now hereby

**ORDERED**:

1. Motion of Defendants For Stay of Discovery (Docket No. 41) is **GRANTED**.

2. **All** discovery in this matter is **STAYED** until further order of this Court.

                                ENTER:

Dated: January 30, 2009                /s/ George W. Cannon, Jr.
                                            GEORGE W. CANNON, JR.
                                            U.S. MAGISTRATE JUDGE